**Dismiss and Opinion Filed December 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00928-CV**

_____

**TERRY HOPKINS, Appellant**
**V.**
**ISAAC ACQUISITION LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-02278-2022**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

The clerk's record in this case is overdue. On November 2, 2022, we sent a letter informing appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification he had either paid for or made arrangements to pay for the record or was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

220928f.p05

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TERRY HOPKINS, Appellant

No. 05-22-00928-CV      V.

ISAAC ACQUISITION LLC,
Appellee

On Appeal from the County Court at
Law No. 5, Collin County, Texas
Trial Court Cause No. 005-02278-
2022.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

      In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 12th day of December, 2022.

–3–